

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| GARY SMITH, | § | No. 08-17-00181-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| EL PASO VETERANS TRANSITIONAL LIVING CENTER, | § | of El Paso County, Texas |
| | § | (TC# 2017-CCV00770) |
| Appellee. | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion asking the Court to refund his escrow money for 2017. The Court does not have authority to grant this relief. Accordingly, the motion is DENIED.

IT IS SO ORDERED this 8th day of December, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.